## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DEMETRO GARCIA, MONACES RAMOS, and HECTOR VEGA<br>Plaintiffs, | § § § § § § § § § | |
| VS. | § § § § § § | CIVIL ACTION NO.4:09-CV-00403 |
| ALICIA'S MEXICAN GRILLE, INC.<br>Defendant, | § § § | |

## AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

**BEFORE ME**, the undersigned Notary Public, on this day personally appeared AL FLORES, JR., who swore on oath that the following facts are true:

"My name is Al Flores, Jr. I am at least twenty-one years of age, of sound mind, capable of making this affidavit and fully competent to testify to the matters stated herein. I am licensed to practice law by the State of Texas, and I have personal knowledge of all statements contained herein, which are true and correct."

"I was retained by Defendant, Alicia's Mexican Grille, Inc. to represent it in the above named lawsuit."

"The hourly fee charged by this attorney is $250.00."

"It is my professional opinion that $625.00 is a reasonable and necessary legal fee for the time actually expended in preparation for and attending the deposition of Plaintiff Monaces Ramos."

AL FLORES, JR

**ACKNOWLEGED, SUCBSCRIBED** and **SWORN TO BEFORE ME**, on this the 3rd day of ~~July~~ August, 2010, to which witness my hand and seal of office.



NOTARY PUBLIC, in and for
The State of Texas

ABRAHAM ALFARO
Notary Public, State of Texas
My Commission Expires
March 17, 2013